UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUMMER DAWN TURNER,<br><br>Plaintiff,<br><br>v.<br><br>BCFORWARD and FACEBOOK,<br><br>Defendants. | Case No. C22-359-RSL<br><br>ORDER OF DISMISSAL |

On April 11, 2022, the Court ordered plaintiff to, within thirty days, show cause why her complaint should not be dismissed for lack of subject-matter jurisdiction and/or failure to allege facts that give rise to a plausible inference that relief is warranted. Dkt. # 8. The Court informed plaintiff that if she failed to file an acceptable amended complaint within the time proscribed, this action would be dismissed without prejudice. Id.

More than thirty days have elapsed since the Court ordered plaintiff to show cause. As of the date hereof, plaintiff has not filed an amended complaint.

The above-captioned matter is therefore DISMISSED without prejudice for lack of subject-matter jurisdiction. The Clerk of Court is directed to enter judgment against plaintiff and in favor of defendants. The Clerk of Court shall provide a copy of this Order to plaintiff.

DATED this 27th day of May, 2022.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1